

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
07/05/2016

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DAVID G. WALLACE JR.** | § | **Case No. 15-31594-H4-7** |
| Debtor. | § | |
| | § | **Chapter 7** |
| | § | |
| **ZT WEALTH DEVELOPMENT, L.P.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **Adversary No. 15-03242** |
| | § | |
| **DAVID G. WALLACE JR.** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| **RODNEY TOW,** | § | |
| **CHAPTER 7 TRUSTEE** | § | |
| | § | |
| Plaintiff-Intervenor , | § | |
| | § | |
| vs. | § | |
| | § | |
| **ZT WEALTH DEVELOPMENT, L.P.,** | § | |
| *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER WITHDRAWING OF DEFENDANT DAVID G. WALLACE'S MOTION TO DISMISS DEFENDANT COSTA BAJJALI'S CROSS-CLAIM ASSERTED AGAINST DEFENDANT AND DEBTOR DAVID G. WALLACE, JR. AS SUCH CLAIMS ARE VIOLATIVE OF THE AUTOMATIC STAY AND <u>ARE BARRED AS A MATTER OF LAW</u>
[Related to Docket No. 33]

The Court has considered Defendant, David G. Wallace, Jr.'s *Notice of Withdrawal of Defendant David G. Wallace's Motion to Dismiss Defendant Costa Bajjali's Cross-Claim*

*Asserted Against Defendant and Debtor David G. Wallace, Jr. As Such Claims Are Violative of the Automatic Stay and Are Barred as a Matter of Law* (the "***Notice***").  It is therefore

**ORDERED** that the Defendant, David G. Wallace, Jr.'s *Motion to Dismiss Defendant Costa Bajjali's Cross-Claim Asserted Against Defendant and Debtor David G. Wallace, Jr. As Such Claims Are Violative of the Automatic Stay and Are Barred as a Matter of Law* at Docket Number 33 is hereby **WITHDRAWN** without prejudice.

SIGNED this 5th day of _____ July _____ 2016.

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE