

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>DAVID GORDON WALLACE, JR.,<br><br>Debtor. | § § § § § § § | Case No. 15-31594<br><br>Chapter 7 |
| ZT WEALTH DEVELOPMENT, L.P.,<br><br>Plaintiff<br><br>v.<br><br>DAVID GORDON WALLACE, JR.,<br><br>Defendant. | § § § § § § § § § § § § § § | Adversary No. 15-03242 |

ENTERED
10/25/2016

**ORDER CANCELLING NOVEMBER 3, 2016 HEARING ON THE MOTION FOR SUMMARY JUDGMENT FILED BY THE ZT PARTIES**
[This Order Relates to Adv. Doc. No. 51]

The hearing on the Motion for Summary Judgment filed by the Plaintiffs (referred to in this motion as the "ZT Parties"), which is presently scheduled for November 3, 2016 at 10:00 A.M., is cancelled. It is therefore:

ORDERED that the hearing on the Motion of the ZT Parties for Summary Judgment, which is presently scheduled for November 3, 2016, at 10:00 A.M., is cancelled; and it is further

ORDERED that if the Court subsequently decides that it wants to hold a hearing to allow for oral argument, it will issue a separate order setting a new hearing date.

Signed on this 25th day of October, 2016.

Jeff Bohm
United States Bankruptcy Judge